Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

__Middle__ District of __Florida__

__Jacksonville__ Division

| | |
|---|---|
| __Kent Allen Jr.__ <br> Plaintiff(s) <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> __Dara Khosrowshahi__ <br> __Antwan Patton__ <br> Defendant(s) <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. __3:21-cv-547-MMH-JRK__ <br> (to be filled in by the Clerk's Office) <br><br> Jury Trial: (check one)  ☐ Yes  ☑ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kent Allen Jr. |
| Street Address | 8201 SW 3rd CT |
| City and County | North Lauderdale |
| State and Zip Code | Fl 33068 |
| Telephone Number | 404.721.9050 |
| E-mail Address | nerdsfinancial@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
  Name: Dara Khosrowshahi
  Job or Title (if known): CEO of Uber
  Street Address: 1455 Market Street 4th Floor
  City and County: San Francisco
  State and Zip Code: California 94103
  Telephone Number: 415.612.8582
  E-mail Address (if known):

Defendant No. 2
  Name: Antwan Patton
  Job or Title (if known): recording artist for LaFace Records
  Street Address: 3350 Peachtree Road Suite 1500
  City and County: Atlanta
  State and Zip Code: Georgia 30326
  Telephone Number: 404.848.8050
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question  ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* __Kent Allen Jr.__, is a citizen of the State of *(name)* __Florida__.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* __[illegible]__, is incorporated under the laws of the State of *(name)* __[illegible]__, and has its principal place of business in the State of *(name)* __[illegible]__.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* __Antwan Patton__, is a citizen of the State of *(name)* __Georgia__. Or is a citizen of *(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, (name) Dava Khosrowshahi (Uber), is incorporated under the laws of the State of (name) California, and has its principal place of business in the State of (name) California.

Or is incorporated under the laws of (foreign nation) —,

and has its principal place of business in (name) California.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

With the idea of Uber Technologies that I expressed to Antwan Patton at the age of 8 in the year of 1993 I'm looking for the relief of $95 million for the idea I expressed to him.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see Attachment

(Thought of Uber from the cartoon character Bert Simpson.)
idea for ridesharing service

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

With the idea of Uber that I expressed to Antwan Patton at the age of 8 in the year of 1993 I'm looking for the relief of $95 million dollars for the idea I expressed to him.

Uber

At the age of 8, the idea of Google.com domain was compromised with a list of other business domains that I thought of. This is reference in another lawsuit against Google and also entertainment artist Antwan Patton also known as Big Boi. Of the other domains compromised due to this course of action are Vizio, Postmates, and Amazon. In this list of domains that was compromised is the idea of Uber. As stated, in the other lawsuit all the domains were purchased collectively and the day I had to renew the domains by the time I woke up the all the domains once again was purchased. The also happened with the business domain Google so after this I was able to understand whom was behind this course of action. This was a pure form of bullying as we was kids at the time. Of these domains was Uber which was an idea I thought of that was meant for ridesharing services to be provided to the public. I thought of the name by (U) meaning U-boat and the (Ber) part from Bert Simpson which was one of my favorite cartoon characters at the time. When you put it all together it means Uber.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-21-21

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Kent Allen Jr.

**B. For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address